

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00063-CR

Kurt **LOPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 566384
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: March 27, 2019

DISMISSED

On January 15, 2019, appellant filed a notice of appeal, stating he desires to appeal the overruling, by operation of law, of his motion to dismiss and for speedy trial. On February 20, 2019, this court issued a show cause order notifying appellant that we do not have jurisdiction over appeals of such rulings and must dismiss appeals of those rulings for want of jurisdiction. *See Ordunez v. Bean*, 579 S.W.2d 911, 913–14 (Tex. Crim. App. 1979) (orig. proceeding). The clerk's record has been filed, and it shows no appealable ruling, order, or judgment signed or entered by the trial

court. Without an appealable ruling, order, or judgment, we lack jurisdiction over this appeal. We therefore dismiss this appeal for want of jurisdiction. *Se id.*

PER CURIAM

DO NOT PUBLISH